**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**TIM SIMMONS, OSB #92461**
tim.simmons@usdoj.gov
Assistant United States Attorney
405 E. 8th Avenue, Suite 2400
Eugene, Oregon 97401-2708
Telephone: 541-465-6740
Facsimile: 503-465-9617
 Attorneys for United States

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION

UNITED STATES OF AMERICA

                   Plaintiff,

     v.

THE ESTATE OF DONNA L. BROWN;
KEVIN SCHROEDER; MUNSOLLE-
RHODES INC.; AND THE UNKNOWN
HEIRS, DEVISEES, SUCCESSORS IN
INTEREST AND CLAIMANTS TO THE
ESTATE OF DONNA L. BROWN,
DECEASED,

                  Defendants.

Civil No. 2:13-cv01549-SU

**GENERAL JUDGMENT
OF FORECLOSURE**

This civil action is before the Court for entry of a General Judgment of Foreclosure based

on an Order of Default against The Estate of Donna L. Brown; Kevin Schroder; Munsolle-

Rhodes, Inc.; and the unknown heirs, devisees, successors in interest and claimants to The Estate

of Donna L. Brown previously filed herein.

     IT IS ORDERED, ADJUDGED, AND DECREED:

     1.     That Plaintiff recover from the Estate of Donna L. Brown $135,211.44

($129,683.09 principal together with $5,528.45 interest accrued through June 5, 2013, plus

$89.57 fees) with interest accruing thereafter at the daily rate of $0.1453 until judgment and

*Page 1:  GENERAL JUDGMENT OF FORECLOSURE*

interest thereafter at the annual rate (pursuant to 28 USC § 1961) of ⟨⟨⟩⟩ percent computed daily and compounded annually after judgment until paid, and $1,193.00 for Plaintiff's costs and disbursements incurred herein, plus costs of sale.

   2.  That the indebtedness referred to in paragraph 1 is secured by a real estate deed of trust dated April 6, 2009, recorded April 6, 2009, as Instrument No. 2009-5490644, Official Records of Umatilla County, Oregon; and that Plaintiff's real estate deed of trust is a valid existing lien on the real property described as follows:

> Lot 35, HAYDEN GLEN 1 SUBDIVISION located in the
> City of Milton-Freewater, County of Umatilla, State of Oregon

and is superior to the liens of all Defendants herein.

   3.  That Plaintiff's real estate deed of trust be foreclosed and the property described in paragraph 2 be sold at public auction by the United States Marshal to the highest bidder for cashier's check or certified check payable ten percent (10%) at the time of the bid and the balance to be paid by the end of the business day on a day determined at the time of the sale and made payable to "Clerk, U.S. District Court" to be deposited with the Clerk of the United States District Court; and that the proceeds of the sale shall be applied as follows:

   (a)  First, to the cost and expense of making the sale.
   (b)  Second, in satisfaction of the sums due Plaintiff as set forth in paragraph 1.
   (c)  Third, that the surplus, if any, be paid to the Clerk of this Court to be disbursed in accordance with further order of the Court.

   4.  That the Defendants and all persons claiming any interest, lien or other right by, through, or under them are forever barred and foreclosed from any interest in, lien upon, or other right with respect to the property or any part thereof, except the right of redemption provided by law.

5.      That Plaintiff or any other party to this suit may become the purchaser at the sale of the real property.  The purchaser is entitled to exclusive possession of the real property from and after the date of sale and is entitled to such remedies as are available at law to secure possession, including a writ of assistance, if Defendants, or any of them, or any other party or person shall refuse to surrender possession to the purchaser immediately on the purchaser's demand for possession.

6.      That Plaintiff shall have such other and further relief as is necessary to carry out the above.

DATED this ___4ᵗʰ___ day of __August__, 2014.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:
**S. AMANDA MARSHALL**
United States Attorney
District of Oregon

*/s/ Tim Simmons*

_____
TIM SIMMONS, OSB #92461
e-mail: tim.simmons@usdoj.gov
Assistant United States Attorney
405 E. 8th Ave., Suite 2400
Eugene, Oregon  97401-2708
Telephone: 541-465-6740
Facsimile: 541-465-6917
  Attorneys for Plaintiff

*Page 3:  GENERAL JUDGMENT OF FORECLOSURE*